IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30011
Summary Calendar
_____

CHARLES ANDREW LEBLANC,

                                        Plaintiff-Appellant,

versus

KATHLEEN HAWKS, ET AL.,

                                        Defendants,

KATHLEEN HAWKS; NANCY GREEN;
KEITH HALL, Warden; UNKNOWN
OFFICER, Unknown Mail Officer;
MIKE CORDER; PAULA BRYANT;
ALENE COLE; CECIL EDWARDS,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-773
- - - - - - - - - -

September 24, 1998

Before DAVIS, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Charles Andrew LeBlanc, federal prisoner # 66186-079, argues

that the district court abused its discretion in dismissing his

claims as frivolous and for failure to state a claim on which

relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i),

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(ii).  LeBlanc argues that 1) he was denied access to the court; 2) that prison personnel interfered with the transmittal of his mail to the warden; 3) that prison personnel retaliated against him for exercising his rights; and 4) that the district court erred in denying his motion to amend his complaint to include additional defendants.

We have reviewed the record and the briefs of the parties and AFFIRM the district court's dismissal of the complaint substantially for the reasons adopted by the district court.  <u>See</u> <u>LeBlanc v. Hawks</u>, No. 97-CV-773 (W.D. La. Dec. 11, 1997).

AFFIRMED.